532 A.2d 435

David W. VANSLANDER, Sr., Sandra M. Vanslander, and David W. Vanslander, Jr., a minor, by David W. Vanslander, Sr., his guardian

v.

The AETNA CASUALTY & SURETY COMPANY, Appellant.

Supreme Court of Pennsylvania.

Argued Sept. 21, 1987.

Decided Nov. 2, 1987.

Reargument Denied Dec. 18, 1987.

John L. McIntyre, Frank J. Hartye, Pfaff, McIntyre, Dugas & Hartye, Hollidaysburg, for appellant.

Gerard R. Sorg, St. Marys, for appellees.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

The Court being evenly divided as to whether to render a decision on the merits, the appeal is hereby dismissed.

HUTCHINSON, Former J., did not participate in the consideration or decision of this case.

NIX, C.J., and FLAHERTY and McDERMOTT, JJ., would reach the merits of the appeal.

LARSEN, ZAPPALA and PAPADAKOS, JJ., would dismiss the appeal as having been improvidently granted.